UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

ERIC FLORES,

          Plaintiff,

    v.

UNITED STATES ATTORNEY GENERAL, *et al.*,

          Defendants.

CASE NO.: 3:13-CV-00124-RCJ-VPC

O R D E R

        The Court has considered the Report and Recommendation of United States Magistrate (ECF #6) entered on October 15, 2013, in which the Magistrate Judge recommends that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (Ecf#5) and dismiss Plaintiff's complaint with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

        ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #6).

        IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is DENIED.

///

///

1     IT IS FURTHER ORDERED THAT Plaintiff's Application to Proceed *In Forma Pauperis*
2 (ECF #5) is GRANTED.  The Clerk of the Court shall file Plaintiff's Complaint (#s 1-1, 1-2, 1-3).
3     IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH
4 PREJUDICE.  The Clerk of the Court shall entry judgment accordingly and close this case.
5     IT IS SO ORDERED this 4th day of November, 2013.

                                                  _____
                                                  ROBERT C. JONES
                                                  UNITED STATES CHIEF DISTRICT JUDGE