AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

ERIC FLORES,

      Plaintiff,

V.

UNITED STATES ATTORNEY GENERAL, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:13-cv-00124-RCJ-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

November 5, 2013                                   **LANCE S. WILSON**
                                                                              Clerk

                                                                              /s/ K. Rusin
                                                                              Deputy Clerk